# UNITED STATES
v.
## STEPHEN MACK

1810

JOURNAL ENTRIES

1. Jurors; verdict; judgment . . . . . . . *Journal, infra,* *p. 278

PAPERS IN FILE
[None]